IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHAD DAVIS                                                                                   PLAINTIFF

v.                                    No. 3:12-cv-115-DPM

LKQ AUTO PARTS OF MEMPHIS, INC.,
individually and d/b/a I-55 AUTO PARTS; and
JAMES KLENKE, III, individually and d/b/a
I-55 AUTO PARTS                                                                          DEFENDANTS

ORDER

Motion, *Document No. 6*, granted. The Court confirms Davis's voluntary dismissal of all claims against LKQ Auto Parts of Memphis, Inc. That defendant is dismissed without prejudice. The case will go forward against Klenke, individually and d/b/a I-55 Auto Parts.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

2 July 2012