# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CHAD DAVIS                                                          PLAINTIFF

v.                                   No. 3:12-cv-115-DPM

JAMES KLENK, III, individually and
d/b/a I-55 AUTO PARTS                                              DEFENDANTS


## JUDGMENT

The parties having consummated their settlement in total, *Document No.*

*20,* the complaint is dismissed with prejudice.


D.P. Marshall Jr.
United States District Judge


14 December 2012