IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHAD DAVIS                                                      PLAINTIFF

v.                          No. 3:12-cv-115-DPM

JAMES KLENK, III, individually and
d/b/a I-55 AUTO PARTS                                           DEFENDANTS

## JUDGMENT

The parties having consummated their settlement in total, *Document No. 20*, the complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 December 2012